UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN ZINNAMON, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>7 A.M. ENFANT, INC.,<br><br>       Defendant. | **ORDER**<br><br>22 Civ. 9901 (PGG) (JLC) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Complaint in this case was filed on November 21, 2022. (Dkt. No. 1) Defendant was served on February 8, 2023. (Dkt. No. 6) To date, Defendant has not responded to the Complaint in any fashion or otherwise appeared. Accordingly, by **April 17, 2023**, Plaintiff will move for a default judgment against Defendant, or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
    April 3, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge